FILED
At Albuquerque NM
JUN 1 1 2014
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 14-2008 JB |
| | ) |
| vs. | ) 8 U.S.C. §§ 1326(a) and (b): |
| | ) Reentry of a Removed Alien. |
| JUAN MANUEL ARMENTA-RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about May 2, 2014, the defendant, **JUAN MANUEL ARMENTA-RODRIGUEZ**, an alien, knowingly reentered, attempted to reenter, and was found in the United States, in Luna County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about May 16, 2013, while an Order of Exclusion, Deportation, and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

DAMON P. MARTINEZ
United States Attorney

_____
DAVID M. WALSH
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103
505-346-7274